FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0541

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0541

_____

IN RE THE MARRIAGE OF:

BRADLEY DEAN FULLER,

     Petitioner and Appellant,

and

MELISSA LYNN FULLER,

     Respondent and Appellee.

ORDER

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael G. Moses, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2021